1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| GS HOLISTIC, LLC, | CASE NO. C23-0392JLR |
|---|---|
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| LUCRATIVE BUSINESS, INC., et al., | |
| Defendants. | |

On November 27, 2023, Plaintiff GS Holistic, LLC ("GS Holistic") filed a notice of settlement in which the parties stated that GS Holistic "w[ould] soon dismiss this case, upon finalization of the agreed upon terms of the Settlement Agreement." (Notice (Dkt. # 16).) As of June 17, 2024, however, the parties have not yet filed a notice or stipulation of dismissal. (*See generally* Dkt.) Therefore, the court ORDERS the parties to file, by no later than **June 28, 2024**, either (1) a notice or stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) or (2) a report that addresses the

ORDER - 1

status of the parties' settlement agreement with an estimate of when the parties expect to dismiss this case. Failure to timely respond to this order will result in the court dismissing this case with prejudice for failure to prosecute. *See Pagtalunan v. Galaza*, 291 F.3d 639, 64243 (9th Cir. 2002) (discussing factors that the court considers in determining whether to dismiss for failure to prosecute or comply with a court order).

Dated this 17th day of June, 2024.

JAMES L. ROBART
United States District Judge